AO 247 Amended WA.E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:04CR00066-001 |
| Thomas Jefferson Franklin ) | USM No: 11031-085 |
| ) | |
| Date of Previous Judgment: 6/24/2005 ) | Tracy A. Staab |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __94__ months **is reduced to** __78 months__.

Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine (Ct. Rec. 53) is GRANTED.

Except as provided above, all provisions of the judgment dated __6/24/2005__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/7/2008

*Fred Van Sickle*
Judge's signature

Effective Date: 11/7/2008
(if different from order date)

The Honorable Fred L. Van Sickle   Senior Judge, U.S. District Court
Printed name and title